# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

AMANDA SHLAN,

     Plaintiff,                               Case No: 2:16-CV-835-FtM-99MRM

vs.

M.A.C. COSMETICS, INC.

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT AND OUTCOME OF MEDIATION

Plaintiff, AMANDA SHLAN by and through her undersigned counsel and pursuant to Middle District of Florida, Local Rules 3.08 and 9.06 hereby submit this Notice of Pending Settlement and Outcome of Mediation and states:

1.    On the eve of the mediation scheduled for October 6, 2017, Plaintiff and Defendant, M.A.C. COSMETICS, INC., reached a conditional settlement with regard to all claims in this case, and said parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2.    As a result of the foregoing, the October 6, 2017 mediation was cancelled.

3.    Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice of this action.

4.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies she has consulted with counsel for Defendant, and Defendant has no objection to the relief sought.

Submitted this 25th day of October 2017.

Respectfully submitted,

/s/ *April S. Goodwin*
APRIL S. GOODWIN, ESQ.
FLORIDA BAR NO: 0502537
The Goodwin Firm
801 West Bay Drive, Suite 429B
Largo, FL 33770
Attorney for Plaintiff
Phone: (727) 316.5333
april@thegoodwinlawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of

the Court by using the CM/EFC system which will send a notice of electronic filing to the

following:

J. Robert McCormack
bob.mccormack@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
*Attorneys for Defendant*